UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1824

Hollie Adams; Jody Weaber; Karen Unger; Chris Felker,

Appellants

v.

Teamsters Union Local 429; County of Lebanon; Attorney General Pennsylvania; James M. Darby, Chairman Pennsylvania Labor Relations Board; Albert Mezzaroba, Member, Pennsylvania Labor Relations Board; Robert H. Shoop, Jr., Member, Pennsylvania Labor Relations Board, in their official capacities

(M.D. Pa. No. 1-19-cv-00336)

Present: ROTH, Circuit Judge

    1. Motion by Appellees to Correct Opinion to list correct arguing attorney.

Respectfully,
Clerk/slc

_____ORDER_____
The foregoing motion is **GRANTED**.

By the Court,

s/ Jane R. Roth
Circuit Judge

Dated:      February 11, 2022
SLC/cc:    Counsel of Record